ACCEPTED
01-14-00467-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 11:07:35 AM
CHRISTOPHER PRINE
CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/24/2015 11:07:35 AM

CHRISTOPHER A. PRINE
Clerk

No. 01-14-00467-CV

*Houston Progressive Radiology Associates, PLLC, et al. v. Stephen B. Lee, M.D., P.A., et al.;*

No. 01-14-00463-CV

*In re Houston Progressive Radiology Associates, PLLC, Rodolfo L. Garcia, and Brandon C. Stroh;*

In the Court of Appeals, First Judicial District, at Houston, Texas



Appellants' Demonstrative Exhibits for
Oral Argument, March 25, 2015

# Parties

§ Plaintiffs / Appellees

- Lee P.A. (Member HPRA until May 1, 2013, then employee HPRA)

- Chauvin P.A. (Member HPRA until May 1, 2013, then employee HPRA)

- Nguyen (Employee HPRA before and after May 1, 2013)

§ Defendants / Appellants and Amicus

- Stroh (P.A. was member HPRA before and after May 1, 2013)

- Garcia (P.A. was Member HPRA before and after May 1, 2013)

- Houston Progressive Radiology Associates ("HPRA")

- Jackson Walker

Appellants' Demonstrative Exhibit 1